# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Harry Samuel Smith,<br><br>    Plaintiff,<br><br>v.<br><br>InformData, LLC f/k/a Wholesale Screening Solutions, Inc.,<br><br>    Defendant. | Civ. Action No. 1:25-cv-00015-CFC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT INFORMDATA, LLC f/k/a WHOLESALE SCREENING SOLUTIONS, INC. ONLY** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Harry Samuel Smith ("Plaintiff") hereby voluntarily dismisses His claims in this matter against Defendant InformData, LLC f/k/a Wholesale Screening Solutions, Inc., without prejudice.

  Respectfully submitted this 28th day of February 2025,

            */s/ Antranig Garibian*
            Antranig Garibian, Esq. (DE Bar 4962)
            **GARIBIAN LAW OFFICES, P.C**.
            Brandywine Plaza East
            1523 Concord Pike, Suite 400
            Wilmington, DE 19803
            (302) 722-6885
            ag@garibianlaw.com

            *Attorneys for Plaintiff*
            *Harry Samuel Smith*